# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Sue Carder, | : |
| | : |
| Plaintiff, | : |
| v. | : Civil Action No.:  1:16-cv-03927-WSD |
| | : |
| Fifth Third Bank; and DOES 1-10, inclusive, | : |
| | : |
| Defendants. | : |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. Plaintiff anticipates filing a Notice of Withdrawal of Complaint and Voluntary Dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: January 13, 2017

                                        Respectfully submitted,

                                        By: */s/ Sergei Lemberg, Esq.*
                                        Attorney Bar No.: 598666
                                        Attorney for Plaintiff Sue Carder
                                        LEMBERG LAW, LLC
                                        43 Danbury Road, 3rd Floor

Wilton, CT 06897
Telephone: (203) 653-2250 ext. 5500
Facsimile:   (203) 653-3424
Email: slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on January 13, 2017, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Northern District of Georgia Electronic Document Filing System (ECF) and that the document is available on the ECF system.

         */s/ Sergei Lemberg*
         Sergei Lemberg, Esq.