# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

SUE CARDER,

        Plaintiff,

v.

FIFTH THIRD BANK and DOES 1-10, inclusive,

        Defendants.

1:16-cv-03927-WSD

## ORDER

On January 13, 2017, the parties filed their Notice of Settlement [10] of all pending claims in this matter. The parties are directed to file a stipulation of dismissal on or before March 31, 2017. The Court removes the case from its calendar and directs the Clerk of Court to close the case administratively with the right of any party to reopen the case if the settlement is not concluded.

**SO ORDERED** this 18th day of January, 2017.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE